out all portions of the order which base dismissal upon the ground that a prior judgment stands as a bar.

GEORGE M. SPECTOR, Appellant, v. NATIONAL CELLULOSE CORPORATION et al., Defendants, and BROWN COMPANY et al., Defendants-Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., concur in the result but vote to strike out all portions of the order which base dismissal upon the ground that a prior judgment stands as a bar.

GEORGE M. SPECTOR, Appellant, v. NATIONAL CELLULOSE CORPORATION et al., Defendants, and RECONSTRUCTION FINANCE CORPORATION, Defendant-Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GEORGE M. SPECTOR, Appellant, v. NATIONAL CELLULOSE CORPORATION et al., Defendants, and RECONSTRUCTION FINANCE CORPORATION, Defendant-Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and deny the motion.

In the Matter of HERMAN LUKE et al., Judgment Creditors, Respondents, against LORBOR REALTY CORPORATION, Judgment Debtor. ISADOR LORBER, Third Party, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, FEBRUARY, 1944.
### (February 7, 1944.)

NICK DEMARTINI, Appellant, v. ELADE REALTY CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 774.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

REUBEN E. GROSS, as Receiver of HAROLD TORRONE, Appellant, v. WEST NEW BRIGHTON BANK, Respondent.— Motion for leave to appeal to the Appellate Division granted. [See 181 Misc. 1.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

In the Matter of the Accounting of NATIONAL CITY BANK OF NEW YORK, as Trustee under the Will of MARY L. O'FLYN, Deceased, Respondent. E. MONROE O'FLYN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 831.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

In the Matter of JOSEPH B. MARGOLIN, an Attorney.— Report of Official Referee confirmed, and application for reinstatement denied, with leave to renew after February 1, 1945. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

In the Matter of JAY ELWYN RICE, JR., an Attorney.— Motion for leave to withdraw resignation and for reinstatement as an attorney and counselor at law denied. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

In the Matter of IRVING N. SIDMAN, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Motion to preclude petitioner denied. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CORBETT, Appellant.— Motion for reargument denied. [See 264 App. Div. 778, 789; 265 App. Div. 1003, 1006.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.